Name: Sean Matthew Finnegan

Address: 325 North Maple Drive

Unit 961 Beverly Hills CA 90213

Phone: 470-552-6767

Fax: _____

In Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CASE NUMBER: CV21-2685-MCS (PLAx)
Complaint

Sean Matthew Finnegan

_____

Plaintiff

v.

The City of Atlanta Police Department

_____

Defendant(s).

( Enter document title in the space provided above)

The ~~Plaintiff~~ Defendant refused to produce reports, investigate, and/
or assist the Plaintiff. As a result the Defendant actions,
or lack thereof, have caused the Plaintiff catastrophic
damages. The defendant is making up stories and lies
to harrass the plaintiff with. The Defendant made
false statements and assisted the Plaintiff former
partner in obtaining warrants, where false statements
were made, in order to have the Plaintiff arrested.
The defendant is holding the Plaintiff property
hostage and harrassing the Plaintiff.

Plaintiff demands emergency protection order in place,

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1   includes all police, City employees and anyone associated
2   with them or possibly associated with them.
3
4   * Defendant failed to comply with Plaintiff
5   prior to filing
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Page Number*